**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JESSE LEE GARRETT,
ADC #656385                                                                                                    PLAINTIFF

v.                                               4:12-cv-00230-JLH-JTK

SGT. ANDREWS, et al.                                                                                      DEFENDANTS

**ORDER**

By Order dated April 26, 2012 (Doc. No. 3), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint, adding five Defendants (Doc. No. 6). Having reviewed the Amended Complaint, it now appears to the Court that service is appropriate for Defendants. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Andrews, Bryant, Spaul, Thomas, Hardy, Hinton, Flowers, Boone, and Noel. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 6) and summons on these Defendants in care of the Faulkner County Detention Center, 500 South German Lane, Conway, AR 72034-7014.

IT IS SO ORDERED this 7${}^{\text{th}}$ day of May, 2012.

                                                                        _____

                                                                        JEROME T. KEARNEY
                                                                        UNITED STATES MAGISTRATE JUDGE