# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JESSE LEE GARRETT,                                                             PLAINTIFF
ADC #656385

v.                                      4:12-cv-00230-JLH-JTK

SGT. ANDREWS, et al.                                           DEFENDANTS

## **ORDER**

Plaintiff's Motion to Compel (Doc. No. 61) is DENIED without prejudice, as Defendants provide proof of submitting their discovery responses to Plaintiff on September 5, 2012 (Doc. No. 65-1).

IT IS SO ORDERED this 10th day of September, 2012.

_____
      JEROME T. KEARNEY
      UNITED STATES MAGISTRATE JUDGE