**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JESSIE LEE GARRETT,                                                                                 PLAINTIFF
ADC #656385

v.                                           4:12-cv-00230-JLH-JTK

SGT. ANDREWS, et al.                                                                              DEFENDANTS

## ORDER

Defendants have provided to the Court a Proposed Protective Order (Doc. No. 70), in conjunction with their Motion for Protective Order (Doc. No. 63). Plaintiff is directed to respond to the Court concerning his agreement or disagreement with such, within ten days of the date of this Order.

IT IS SO ORDERED this 11th day of October, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE