**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JESSE LEE GARRETT,                                                                                    PLAINTIFF
ADC #656385

v.                                              No. 4:12CV00230 JLH-JTK

SGT. ANDREWS, *et al.*                                                                              DEFENDANTS

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that the motion for judgment on the pleadings filed by defendants Andrews, Boone, Bryant, Flowers, Hinton, Noel, Spaul, and Thomas (Doc. No. 76) is GRANTED, and these defendants are DISMISSED from plaintiff's amended complaint.

IT IS SO ORDERED this 8th day of January, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE