## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JESSE LEE GARRETT,                                                             PLAINTIFF
ADC #656385

v.                            4:12CV00230-JLH-JTK

SGT. ANDREWS, et al.                                           DEFENDANTS

### ORDER

This matter is before the Court on Plaintiff's Motion to Compel responses to his request for production of documents (Doc. Nos. 99, 102).  In response, Defendants state they mailed 644 pages of documents to Plaintiff on February 20, 2013, and an additional 307 pages of documents on March 13, 2013 (Doc. No. 101).  Defendants also state that they will produce any additional information from Plaintiff's jail medical file as it is located.

In light of Defendants' Response, the Court finds that Plaintiff's Motions to Compel (Doc. Nos. 99, 102) are DENIED as moot.

IT IS SO ORDERED this 15th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE