**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JESSE LEE GARRETT,                                                                    PLAINTIFF
ADC #656385

v.                                      No. 4:12CV00230-JLH-JTK

SGT. ANDREWS, et al.                                                              DEFENDANTS

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States
Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those
proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that defendant Hardy's motion for judgment on the
pleadings is DENIED.  Document #92.

IT IS SO ORDERED this 28th day of March, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE