# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JESSE LEE GARRETT,                                                                                                      PLAINTIFF
ADC #656385

v.                                      No. 4:12CV00230-JLH-JTK

SGT. ANDREWS, et al.                                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Hardy's motion for judgment on the pleadings is DENIED. Document #92.

IT IS SO ORDERED this 28th day of March, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE