# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JESSE LEE GARRETT,                                                                             PLAINTIFF
ADC #656385

v.                          No. 4:12CV00230-JLH-JTK

SGT. ANDREWS, et al.                                                       DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion to strike plaintiff's motion for summary judgment is GRANTED. Document #110.

IT IS SO ORDERED this 3rd day of May, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE