## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| JESSE LEE GARRETT, <br> ADC #656385 | PLAINTIFF |
| v.    4:12CV00230-JLH-JTK | |
| SGT. ANDREWS, et al. | DEFENDANTS |

### ORDER

Defendants' Motion to Clarify (Doc. No. 125) is GRANTED. The Court's June 25, 2013 Order applies to copies of responses to Plaintiff's timely discovery requests, which were previously provided to the Plaintiff. Defendants' request for an additional seven days in which to provide such copies is GRANTED.

IT IS SO ORDERED this 10th day of July, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE