# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JESSE LEE GARRETT,                                                                                           PLAINTIFF
ADC #656385

v.                                              4:12CV00230-JLH-JTK

SGT. ANDREWS, et al.                                                                                      DEFENDANTS

### ORDER

Plaintiff Garrett has filed an Objection (Doc. No. 134) to this Court's July 17, 2013 Order (Doc. No. 130) listing the witnesses to be allowed at his August 21, 2013 Evidentiary Hearing. Although Plaintiff states that five witnesses are "vital" to his case, he does not include a summary of their expected testimony. Two of the these proposed witnesses, James Britt and Chris Smith, were listed on his original witness request, but the summary of their expected testimony did not relate to the incidents at issue in Plaintiff's case. The other three witnesses – Ronald Britton, Randy Gwatney, and Michael Furman – were not included on Plaintiff's original witness request, and Plaintiff does not offer any summary of their expected testimony. Therefore, Plaintiff's Objection is DENIED.

IT IS SO ORDERED this 13th day of August, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE