### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JESSE LEE GARRETT,                                                                                        PLAINTIFF
ADC #656385

v.                                   No. 4:12CV00230 JLH-JTK

SGT. ANDREWS, et al.                                                                                   DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Hardy's motion to dismiss is GRANTED, and the plaintiff's official capacity claims against Hardy are DISMISSED. The plaintiff's individual capacity claims against Hardy are not dismissed. Document #123.

IT IS SO ORDERED this 21st day of August, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE